IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01823-CMA-MEH

JOELY BITTNER,

    Plaintiff,

v.

THE ROYAL GORGE COMPANY OF COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2011.**

    Plaintiff's Unopposed Motion for Entry of Protective Order [filed November 23, 2011; docket #10] is **granted**. The Proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.