**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01823-CMA-MEH

JOELY BITTNER,

      Plaintiff,

v.

THE ROYAL GORGE COMPANY OF COLORADO, a Colorado corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation of

Dismissal With Prejudice (Doc. # 25) signed by the attorneys for the parties hereto, it is

      ORDERED that the Complaint and cause of action are DISMISSED WITH

PREJUDICE, each party to pay her or its own costs and attorney's fees.

      DATED at Denver, Colorado, this __23rd__ day of January, 2012.

      BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge